In Matter of Petition of Westmoreland, Inc. et al. for Annexation of Certain Territory to City of Springfield.

Westmoreland, Inc. et al., Petitioners-Appellees, v. Helen Runyan et al., as Trustees of Helen Runyan-Dorothea A. Sager Trust, Objectors-Appellants.

Gen. No. 10,125.

Third District.

October 14, 1957.

Released for publication October 30, 1957.

Charles L. Michod for objectors-appellants; Barber & Barber, Ensel, Martin, Jones & Blanchard, Stevens, Herndon & Nafziger, for petitioners-appellees; Ines C. Hoffmann, Corporation Counsel of City of Springfield, Amicus Curiae. Opinion by JUDGE REYNOLDS. Not to be published in full.